IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT HANKINS, | ) |
| Plaintiff, | ) Case No. 1:09-cv-182-SJM-SPB |
| v. | ) |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

Plaintiff's complaint in this civil rights action was received by the Clerk of Court on July 20, 2009 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on May 31, 2011 [135], recommends that Defendants Mayor James E. Sileo, Judge Steven P. Leskinen, and Edward Fike be dismissed from this case due to Plaintiff's failure to prosecute. Plaintiff's objections [137] were filed on June 17, 2011. After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 20th Day of June, 2011;

IT IS ORDERED that Defendants Mayor James E. Sileo, Judge Steven P. Leskinen, and Edward Fike be, and hereby are, DISMISSED from this case due to Plaintiff's failure to prosecute.

The Report and Recommendation of Magistrate Judge Baxter, filed on May 31, 2011 [135], is adopted as the opinion of this Court.

        s/ <u>Sean J. McLaughlin</u>
        SEAN J. McLAUGHLIN
        United States District Judge

cm:    All parties of record
       U.S. Magistrate Judge Susan Paradise Baxter